```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/03/2024
```

**MEMORANDUM ENDORSEMENT**

<u>Pell v. The Yonkers City School District</u>, 7:23-cv-10398 (NSR)

       The Court is in receipt of the attached motion from Plaintiff, dated December 19, 2023, requesting that her *in forma pauperis* ("IFP") application be filed under seal. Plaintiff's request is GRANTED.

       The Clerk of Court is respectfully directed to seal Plaintiff's IFP application, to terminate the motion at ECF No. 11, and to mail a copy of this memorandum endorsement to *pro se* Plaintiff at the address listed on ECF and show service on the docket.

Dated: April 3, 2024
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**RECEIVED**
DEC 19 2023
**PRO SE OFFICE**

ANA PELL

Write the full name of each plaintiff or petitioner.

Case No. 23 cv 10398

-against-

THE YONKERS CITY
SCHOOL DISTRICT

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Plaintiff    ANA PELL
                          plaintiff or defendant    name of party who is making the motion

requests that the Court:

I am asking to seal the IFP application

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents:

12/19/2023
Dated

ANA PELL
Name

Ana Mª Pell
Signature

_____
Prison Identification # (if incarcerated)

732 PALISADE AVE.  YONKERS, NY. 10704
Address                    City          State    Zip Code

914-751-2576          anape888@gmail.com
Telephone Number (if available)    E-mail Address (if available)