**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

ANA PELL.,

Plaintiff,

23 **CIVIL** 10398 (NSR)

-against-

**JUDGMENT**

THE YONKERS CITY SCHOOL DISTRICT.,

Defendants.

----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Opinion and Order dated November 6, 2026, Defendant's motion to dismiss the Second Amended Complaint is GRANTED. Plaintiff's federal claims are dismissed with prejudice, and her state and local law claims are dismissed without prejudice to re-assert in the proper forum; accordingly, the case is closed.

**DATED**: New York, New York

November 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ____________________

**Deputy Clerk**